FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: §
§ CASE NO. 09-41089
STEVEN AND JOLEEN MILLS, § (Chapter 7)
§
DEBTORS §

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS
REGISTR Y OF THE UNITED STATES BANKRUPTCY COURT**

**TO THE HONORABLE BRENDA T. RHOADES:**

The undersigned Trustee of the above styled estate states as follows for his Notice to Deposit Funds into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That he is the duly qualified and acting trustee in this case.

2. The trustee filed a Final Report with this Court on October 24, 2012. Distributions were made on December 5, 2012.

3. The following checks were not negotiated within the 90 period allowed:

    A. Check No. 3011, Diana McQuire, c/o Ray Murphy, 1700 Redbud Blvd., Suite 300, McKinney, TX 75068, in the amount of $467.40. Mr. Ray Murphy, Esq. no longer represents Ms. McQuire and does not have her contact information. These unclaimed funds should be paid into the unclaimed registry of this court.

    B. Check No. 3013, Cedar Creek Technologies, c/o Ray Murphy, 1700 Redbud Blvd., Suite 300, McKinney, TX 75068, in the amount of $2,116.19. Mr. Ray Murphy, Esq. no longer represents Cedar Creek Technologies and does not have its contact information as the

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE
UNITED STATES BANKRUPTCY COURT - Page 1**

LR:T:\tcmswin\docman\MILLS, STEVEN WILLIAMSON [09-41089]\Unclaimed Funds 1.wpd

company has ceased operations. These unclaimed funds should be paid into the unclaimed registry of this court.

4. Pursuant to 11 U.S.C. Section 347 and Chapter 129 of Title 28, U.S.C. and FRBP 3011, a check has been tendered to the Clerk of the U.S. Bankrupcty Court in the amount of $2,583.59.

>Respectfully submitted,
>
>QUILLING, SELANDER, LOWNDS,
>WINSLETT & MOSER, P.C.
>2001 Bryan Street, Suite 1800
>Dallas, Texas  75201
>(214) 871-2100 (Telephone)
>(214) 871-2111 (Fax)
>
>*/s/ Christopher J. Moser, Trustee*
>State Bar No. 14572500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via regular U.S. Mail, postage prepaid on this 2nd day of April, 2013, to U.S. Trustee, Bank of America Building, 110 North College Avenue, Room 300, Tyler, Texas  75702.

>*/s/ Christopher J. Moser, Trustee*

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT - Page 2**

LR:T:\tcmswin\docman\MILLS, STEVEN WILLIAMSON [09-41089]\Unclaimed Funds 1.wpd